AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| RIS ROLLINS | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. 3-10-cv- |
| RECOVERY PROCESSING SYSTEMS | ) |
| Defendant | ) 1571-M |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Recovery Processing Systems
3380 Sheridan Drive, Suite 213,
Amherst, NY 14226

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Peter Cozmyk Esq.
Krohn & Moss, Ltd.
3 Summit Park Drive, Suite 140
Independence, OH 44131

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/12/10

Name of clerk of court

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

◈ AO 440 (Rev. 04/08)  Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____ ,
by:

 (1) personally delivering a copy of each to the individual at this place, _____
 _____ ; or

 (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
  who resides there and is of suitable age and discretion; or

 (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
 _____ ; or

 (4) returning the summons unexecuted to the court clerk on _____ ; or

 (5) other *(specify)* _____
 _____
 _____ .

My fees are $ _____  for travel and $ _____ for services, for a total of $  0.00  _____ .

Date: _____

                 _____
                         **Server's signature**

                 _____
                         **Printed name and title**

                 _____
                         **Server's address**